IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | No. 24-451-2 |
| JALAAL CLAITT | : | |

ORDER

On this 4th day of February 2026, upon independent review of the Report and

Recommendation of U.S. Magistrate Judge Jose R. Arteaga, and the transcript of the guilty plea

proceedings, it is ORDERED that the Report and Recommendation is APPROVED and

ADOPTED.  I accept the guilty plea of Jalaal Claitt entered on February 2, 2026.  Sentence will

be imposed on July 9, 2026, at 9:30 A.M. in Courtroom 14B.

BY THE COURT:

__/s/Juan R. Sánchez__
Juan R. Sánchez
U.S. District Court Judge